(56 South. 885.)

No. 18,700.

BRAUD v. TAXA CAB CO. OF NEW OR-
LEANS, Limited.

(Dec. 11, 1911.)

*(Syllabus by Editorial Staff.)*

MUNICIPAL CORPORATIONS (§ 705*)—INJURIES
TO PEDESTRIANS—NEGLIGENCE.

Where a chauffeur saw plaintiff and her companions, and had his machine under control, and would have avoided striking plaintiff if it had been possible to do so, and she had placed herself in danger because of her contributory negligence, defendant was not liable for the resulting injury.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. §§ 1515–1517; Dec. Dig. § 705.*]

Appeal from Civil District Court, Parish of Orleans; George H. Théard, Judge.

Action by Cecile Braud, widow of George Burley, against the Taxa Cab Company of New Orleans, Limited. Judgment for defendant, and plaintiff appeals. Affirmed.

Frank S. Echezabal, for appellant. Dufour & Dufour and George Janvier, for appellee.

PROVOSTY, J. Plaintiff was struck and injured by one of the taxicabs of the defendant company, and brings this suit in damages. The case was tried without a jury, and decided against plaintiff. The evidence leaves no doubt whatever that the collision occurred through the fault of plaintiff. She and two other ladies were crossing diagonally from the woods-side downtown corner of Baronne and Poydras streets to the riverside uptown corner. They saw the taxicab coming half a block away, and stopped to let it pass. Plaintiff's two companions remained stationary. Plaintiff, becoming nervous, lost her presence of mind, and broke away from her companions, and attempted to pass ahead of the machine when it was close upon her. The chauffeur saw the plaintiff and her companions, and had his machine under full control, and would have avoided the accident if it had been possible to do so.

Judgment affirmed.